# Order

Michigan Supreme Court
Lansing, Michigan

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160957

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                              SC: 160957
                                              COA: 351537
                                              Monroe CC: 16-242660-FH,
                                              16-242661-FH

CORY FREDERICK ROSIAK,
        Defendant-Appellant.

_____/

        By order of September 8, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the December 19, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



Clerk

p0120